# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WESTERN RESERVE MUTUAL CASUALTY COMPANY, | ) ) ) ) | CASE NO. 5:17-cv-0682 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | ORDER |
| REVERSE MORTGAGE SOLUTIONS, INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

This case is hereby dismissed, having been settled by agreement of the parties. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before July 31, 2017.

This case is hereby closed.

**IT IS SO ORDERED**.

Dated: July 17, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**